UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

FILED VIA MAIL
AUG 11 2009
CLERK, U.S. BANKRUPTCY
COURT, TAMPA FLORIDA

RE: )
) Case No. 02-08638-8
Missing Children...help Center Inc. )
) Judge - Catherine Peek McEwen
Debtor(s) )

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for The Birmingham News Company, Claimant, hereby petitions the Court for $2,353.40, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, The Birmingham News Company, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to The Birmingham News Company c/o Sherri L. Phillips, PO Box 370027. Sherri L. Philips was the attorney that filed the Proof of Claim on behalf of The Birmingham News Company. It is assumed the funds were never received by The Birmingham News Company and thus went unclaimed.

The creditor's current mailing address is:

The Birmingham News Company
Attn: Milicent Yeager, Credit Manager
2200 4th Avenue North PO Box 2553
Birmingham, AL 35203

Last Four Digits of SSN/TIN: 9203

Date: July 31, 2009

_____
Brian J. Dilks
Dilks & Knopik, LLC

Sworn and subscribed to, before me this __31__ day of __July__, 20__09__

_____
Caryn M. Dilks, Notary Public
for State of Washington, County of King
Commission Expires: July 29, 2010

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks of Dilks & Knopik, LLC</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that The Birmingham News Company is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, I am familiar with State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Dated July 31, 2009

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
The Birmingham News Company.

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on July 31, 2009 a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Missing Children...help Center Inc.
C/o 791 W. Lumsden Rd.
Brandon, FL 33511

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Ronald R. Bidwell
Attorney for Debtor
rbidwell1@tampabay.rr.com

Susan K. Woodard
Case Trustee
woodard@tampabay.rr.com

Dated: July 31, 2009

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for The Birmingham News Company

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case: 02-08638-8

RE: Missing Children Help Ctr )
)
) **AUTHORITY TO ACT**
) Limited Power of Attorney
) Limited to one Transaction
Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **The Birmingham News Company** with a tax identification number of 63-0359203, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,353.40** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Milicent A. Yeager_
Signature

Date _July 24_, 20 09

Print Name _Milicent A. Yeager_

Title _Credit Manager_

THE BIRMINGHAM NEWS COMPANY
Publisher of The Birmingham News Agent for BIRMINGHAM POST-HERALD

MILICENT A. YEAGER
Credit Manager

P. O. Box 2553 • 2200 Fourth Avenue North • Birmingham, AL 35202-2553
Phone (205) 325-3155 • Fax (205) 325-3489

Affix Corporate Seal Below
Or if Corporate Seal Unavailable, Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **The Birmingham News Company** is presently unavailable to the undersigned
BY: _____
Signature and title

## ACKNOWLEDGMENT

STATE OF _Alabama_ )
COUNTY OF _Jefferson_ )

On this _24th_ day of _July_, _2009_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Milicent Yeager_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC _Karen Hannah_

Residing at _Birmingham, AL_

My Commission expires _Sept. 25, 2012_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED JUN 18 '01 PM 2:21 USDC ALS

D-3264

IN RE:
THE MATTER OF WILLIS
BROADCASTING CORPORATION

ELLIS J. PARKER,

    Complainant,

vs.

CIVIL ACTION NO. 01-0436-M

WILLIS BROADCASTING
CORPORATION,

    Defendant.

## PETITION FOR REMOVAL TO THE UNITED STATES DISTRICT COURT

The Defendant Willis Broadcasting Corporation (hereafter "Willis") by this Petition for Removal, removes this action from the Circuit Court of Marengo County, Alabama where it is now pending as Civil Action No. 01-049, to the United States District Court for the Southern District of Alabama, Northern Division, which is the district and division of the United District Court embracing the place where the action is pending. Petitioner files this Petition of Removal pursuant to 28 U.S.C. §§ 2441 and 1446(b) and further represents and shows as follows:

1. Contrary to the rule of law laid in C.E. Development v. Kitchens, 264 So.2 510, 288 Ala. 660 (172) and Howell and Howell v. Harris Carter Co., 52 So.935 (1910), the "Complainant" Ellis J. Parker (hereafter "Parker") filed a Petition for Appointment for

Removal Petition

a Receiver in the Circuit Court of Marengo County, Alabama on March 1, 2001 and March 2, 2001 naming Willis as "Respondent/Debtor". (Civil Action CV 2001-049). The Circuit Court of Marengo County, Alabama appointed Beckham Parker as Receiver on March 2, 2001. Parker filed a Summons directed to Willis on March 9, 2001 which was served on Willis March 13, 2001.

2. On March 27, 2001 Willis filed a Motion to Vacate Temporary Order. That motion was taken under advisement May 3, 2001. There has been no ruling on the Motion to Vacate.

3. On or about June 4, 2001 Parker filed an "Amendment to Petition" in the form of a Complaint whereby Parker claims of Willis the sum of $250,000.00 arising out of a breach of contract. This complaint was served on counsel for Willis by certificate of service dated June 4, 2001.

4. On information and belief, Willis alleges that Parker is a resident citizen of the state of Maryland. Willis is incorporated and maintains its principal place of business in the state of Virginia. On information and belief, Beckham Parker, the "Receiver" appointed by the Circuit Court of Marengo County, Alabama, is a resident citizen of Alabama.

5. The amount in controversy exceeds $75,000.00 exclusive of interest and cost.

6. The United States District Court has jurisdiction of these proceedings by reason of diversity and the amount in controversy.

7. On or about June 3, 2001, less than thirty (30) days from the filing of this petition, Parker filed an Amendment seeking judgment against Willis in excess of $250,000.00.

8. As amended, the Complaint filed by Parker is a civil action within the meaning of the

Acts of Congress relating to the removal of cases.

9. A copy of all the process and pleadings filed with the clerk of the Circuit Court of Marengo County, Alabama is attached to this petition.

10. Notice of this removal is being filed with the clerk of the Circuit Court of Marengo County, Alabama.

WHEREFORE, Willis prays that this court will consider this petition and take jurisdiction of this cause and make such orders as may be appropriate thereto.

                                              _____
                                              William B. Hairston, Jr.      (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)

                                              _____
                                              Sherrie L. Phillips           (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)
                                              Attorneys for
                                              Willis Broadcasting Corporation

OF COUNSEL:
ENGEL, HAIRSTON & JOHANSON, P.C.
P.O. Box 370027
Birmingham, AL 35237
(205) 328-4600

## CERTIFICATE OF SERVICE

I certify that I have served a copies of the foregoing on the following by placing a copy in the United States Mail, first class postage prepaid on this ___12___ day of June, 2001.

                                              _____

Woodford W. Dinning Jr., Esq.
Lloyd & Dinning
Attorneys for Ellis J. Parker
P.O. Drawer 740
Demopolis, AL 36732