UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:02−bk−08638−CPM
Chapter 7

Missing Children...help Center Inc.
C/o 791 W. Lumsden Rd.
Brandon, FL 33511

_____Debtor\*_____/

ORDER DENYING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

    THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion") filed by The Birmingham News Company . The Motion fails to fulfill the requirements of 28 U.S.C. Section 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

    ☐ Lack of proof of service upon the United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

    ☑ The Movant did not supply the last four digits of the Social Security Number or full Tax Identification Number of the claimant.

    ☐ The individual claimant has failed to provide proof of identity by way of a copy of the driver's license.

    ☐ The Movant did not supply an affidavit stating knowledge of state law requirements for being a personal representative.

    ☐ The funds locator has failed to provide evidence of proper authority to obtain funds.

    ☐ The corporate claimant has failed to provide a corporate power of attorney signed by an officer of the company, with a corporate seal and a statement of the signing officer's authority.

    ☐ The Movant did not supply a name, mailing address and/or telephone number of the claimant.

    ☑ The Movant did not supply an original Power of Attorney.

    ☐ The Movant did not supply a certified copy of the decedent's death certificate and/or certified copies of all probate documents that substantiate the right to act on behalf of the decedent's estate.

    ☐ The Movant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

- ☐ There are no remaining unclaimed funds on deposit in this case.

- ☐ There are no funds on deposit in the name of the movant.

- ☐ The amount of funds requested does not match the amount held in the Court Registry.

- ☑ The affidavit is not notorized

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by The Birmingham News Company is denied.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on May 19, 2010 .

*Catherine McEwen*
_____
Catherine Peek McEwen
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.